MARION H. MOONEY, Respondent, v. ALBERT D. WELLS, Appellant, et al., Defendants.— All concur. (Appeal from a judgment for plaintiff in an automobile negligence action.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.

ALDEN L. DEMING, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 30342.) All concur. (Appeal from a judgment dismissing a claim against the State for loss of services of, and medical attendance for, claimant's daughter, because of injuries alleged to have been sustained by reason of negligent condition of roadway over canal bridge.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

NONA DEMING, by ALDEN L. DEMING, Her Guardian ad Litem, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 30343.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

In the Matter of the Application of the ERIE COUNTY BAR ASSOCIATION For Disciplinary Action against an ATTORNEY.— Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.